Emeary MORELAND, Jr.

v.

UNITED STATES of America.

No. 5881.

United States Court of Appeals
Tenth Circuit.

July 8, 1958.

Raymond D. Buckles, Denver, Colo., for appellant.

Donald E. Kelley, U. S. Atty., and John S. Pfeiffer, Asst. U. S. Atty., Denver, Colo., for appellee.

Before BRATTON, Chief Judge, and PICKETT, Circuit Judge.

PER CURIAM.

Dismissed for failure of appellant diligently to prosecute the same.

UNITED STATES of America,
Appellant,

v.

William E. BLAND and Katherine Bland,
Appellees.

No. 7712.

United States Court of Appeals
Fourth Circuit.

Argued Nov. 5, 1958.

Decided Nov. 13, 1958.

John Gordon Underwood, Asst. U. S. Atty., Baltimore, Md. (Leon H. A. Pierson, U. S. Atty., Baltimore, Md., on brief), for appellant.

Herbert S. Garten, Baltimore, Md., and James D. Nolan, Towson, Md., for appellees.

Symone S. Spector, Baltimore, Md. (Julius A. Victor, Jr., Baltimore, Md., on brief), for Baltimore Federal Savings & Loan Ass'n, amici curiæ.

Before SOBELOFF, Chief Judge, HAYNSWORTH, Circuit Judge, and BOREMAN, District Judge.

PER CURIAM.

The judgment below is affirmed upon the opinion of the District Court, reported in D.C.Md.1958, 159 F.Supp. 395.

Affirmed.

J. S. PLEDGER et al.

v.

Harold F. HEDGES.

No. 5906.

United States Court of Appeals
Tenth Circuit.

Aug. 22, 1958.

Paul W. Updegraff, Norman, Okl., for appellants.

Frank Carter, Enid, Okl., for appellee.

Before BRATTON, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed on motion of appellants.